UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
                              :

UNITED STATES OF AMERICA,    :

            -v-               :

                              :

LUIS ALBERTO GONZALEZ,    :

        Defendant.    :

                              :
------------------------------------------------ X

19 Cr. 271-03 (RA)

ORDER

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/19

RONNIE ABRAMS, District Judge:

      In light of Luis Alberto Gonzalez's acceptance into the Young Adult Opportunity

Program and his and the Government's joint consent to exclude time under the Speedy Trial Act

to allow for participation in such Program, time is excluded pursuant to 18 U.S.C. §

3161(h)(7)(A) to June 9, 2021.

Dated:      December 10, 2019
             New York, New York

                                     RONNIE ABRAMS
                                     United States District Judge