UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-　　　　　　　　　　　　　　　　　　　　7:19-CR-00271 (RA) -3

LUIS ALBERTO GONZALEZ,　　　　　　　　　　　　　　**ORDER**

    **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    IT IS HEREBY ORDERED that a change of plea hearing and sentencing is scheduled in this case for Wednesday, July 7, 2021, at 10:00 a.m. The conference will be hosted on MS Teams. A video link will be distributed by email to counsel. The public may access the audio feed of the conference by calling (917) 933-2166 and using Conference ID 382624058#. The defendant's sentencing submission shall be filed on ECF no later than two weeks in advance of the sentencing. The Government's sentencing submission shall be filed on ECF no later than one week in advance of the sentencing.

**SO ORDERED**.

                                            SARAH NETBURN
                                            United States Magistrate Judge

DATED:      June 15, 2021
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2021